UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILDER LEYVA-GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>MOISES BECERRA, et al.,<br><br>Respondents. | No.  1:26-cv-01915-DAD-AC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING RESPONDENTS' MOTION TO DISMISS<br><br>(Doc. Nos. 1, 6, 14) |

Petitioner Wilder Leyva-Gonzalez is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 26, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted and respondents' motion to dismiss (Doc. No. 6) be denied.  (Doc. No. 14.)  Specifically, the magistrate judge found that respondents failed to distinguish prior cases in which the court had concluded that due process required the immediate release of the petitioners.  (*Id.* at 3.)  Accordingly, the magistrate judge recommended the immediate release of petitioner.  (*Id.* at 3.)  The pending findings and recommendations were served on the parties and contained notice that

/////

1

any objections thereto were to be filed within seven (7) days after service. (*Id.* at 5.) To date, no objections have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.   The findings and recommendations issued on May 26, 2026 (Doc. No. 14) are ADOPTED IN FULL;

2.   Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a.   Respondents are ORDERED to immediately release petitioner Wilder Leyva Gonzalez, A-File No. 240-626-545, from respondents' custody on the same conditions, if any, he was subject to prior to his re-detention on January 9, 2026;

    b.   Respondents are ENJOINED and RESTRAINED from re-detaining petitioner, absent exigent circumstances, unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing respondents will bear the burden of demonstrating that petitioner is a danger to the community or a flight risk by clear and convincing evidence;

    c.   Respondents are ordered to return all of petitioner's documents and possessions;

3.   Respondents' motion to dismiss (Doc. No. 6) is DENIED;

4.   The Clerk of the Court is directed to serve a copy of this order on the Mesa Verde Detention Facility; and

/////

/////

/////

2

5.     The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 5, 2026**

_Dale A. Drozd_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3