# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| WILDER LEYVA–GONZALEZ , | JUDGMENT IN A CIVIL CASE |
|---|---|
| v. | CASE NO: **1:26–CV–01915–DAD–AC** |
| MOISES BECERRA , | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 06/05/2026 .**

ENTERED:   **June 5, 2026**      /s/  **Keith Holland**

Clerk of Court